PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979); Fears v. Lunsford, 314 So.2d 578 (Fla.1975); Ahmed v. Travelers Indem. Co., 516 So.2d 40 (Fla. 3d DCA 1987); Wright v. Wright, 431 So.2d 177 (Fla. 5th DCA 1983); Gordon v. Burke, 429 So.2d 36 (Fla. 2d DCA), rev. denied, 438 So.2d 832 (Fla.1983); In re Guardianship of Coolidge, 368 So.2d 426 (Fla. 4th DCA 1979); Baker v. Baker, 366 So.2d 873 (Fla. 4th DCA 1979); Dade County Bd. of Public Instruction v. Foster, 307 So.2d 502 (Fla. 3d DCA 1975); Fla.R.Civ.P. 1.420(a)(1).